

Maria HEDDLESTON and Brian Heddleston, her Husband

v.

OBSTETRICAL AND GYNECOLOGICAL ASSOCIATES OF PITTSBURGH INC., d/b/a Ob/Gyn Associates of Pittsburgh, Renata D. Hoca, M.D. Pediatric Alliance, P.C. d/b/a the Breastfeeding Center of Pittsburgh, Nancy Brent, M.D., Magee–Women's Hospital–UPMC and UPMC

Petition of: Obstetrical and Gynecological Associates of Pittsburgh Inc., d/b/a/ Ob/Gyn Associates of Pittsburgh, Renata D. Hoca, M.D., Magee–Women's Hospital–UPMC and UPMC

Maria Heddleston and Brian Heddleston, her Husband

v.

Obstetrical and Gynecological Associates of Pittsburgh Inc., d/b/a Ob/Gyn Associates of Pittsburgh, Renata D. Hoca, M.D. Pediatric Alliance, P.C. d/b/a the Breastfeeding Center of Pittsburgh, Nancy Brent, M.D., Magee–Women's Hospital–UPMC and UPMC

Petition of: Obstetrical and Gynecological Associates of Pittsburgh Inc., d/b/a/ Ob/Gyn Associates of Pittsburgh, Renata D. Hoca, M.D., Magee–Women's Hospital–UPMC and UPMC

Maria Heddleston and Brian Heddleston, her Husband

v.

Obstetrical and Gynecological Associates of Pittsburgh Inc., d/b/a Ob/Gyn Associates of Pittsburgh, Renata D. Hoca, M.D. Pediatric Alliance, P.C. d/b/a the Breastfeeding Center of Pittsburgh, Nancy Brent, M.D., Ma-

gee–Women's Hospital–UPMC and UPMC

Petition of: Obstetrical and Gynecological Associates of Pittsburgh Inc., d/b/a/ Ob/Gyn Associates of Pittsburgh, Renata D. Hoca, M.D., Magee–Women's Hospital–UPMC and UPMC

No. 445 WAL 2016
No. 446 WAL 2016
No. 447 WAL 2016

Supreme Court of Pennsylvania.

March 28, 2017

## ORDER

PER CURIAM

AND NOW, this 28th day of March, 2017, the Petition for Allowance of Appeal is **DENIED**.

Justice Mundy did not participate in the consideration or decision of this matter.

Robert E. GRIMM, II, Petitioner

v.

Altha Eugene GRIMM, a/k/a A. Eugene Grimm, and Eva M. Grimm, his Wife, a/k/a Eva M. Thompson and Vincent J. Roskovensky, II Individually and d/b/a Vincent J. Roskovensky, II, Attorney at Law, Respondents

No. 449 WAL 2016

Supreme Court of Pennsylvania.

March 28, 2017